# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:12-cv-03261-WSD
### Securities and Exchange Commission v. Alleca et al
### Honorable William S. Duffey, Jr.

Minute Sheet for proceedings held In Chambers on 4/15/13.

TIME COURT COMMENCED: 3:05 P.M.
TIME COURT CONCLUDED: 3:41 P.M.            COURT REPORTER: Nick Marrone
TIME IN COURT: 00:36                       DEPUTY CLERK: Jessica Birnbaum
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Ethan Cohen representing Angelo A. Alleca<br>Madison Loomis representing Securities and Exchange Commission<br>Joshua Mayes representing Securities and Exchange Commission<br>A. Merolla representing The Meyers Group, Inc.<br>John Parker representing Robert D. Terry<br>Robert Terry representing Robert D. Terry |
| PROCEEDING CATEGORY: | Telephone Conference(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | Teleconference held by the Court on the Receiver's [48] Application for Compensation and Reimbursement of Expenses. Counsel and the Receiver will follow-up with the Court in a couple of weeks. |
| HEARING STATUS: | Hearing Concluded |