IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>ANGELO A. ALLECA, SUMMIT WEALTH MANAGEMENT, INC., SUMMIT INVESTMENT FUND, LP, and PRIVATE CREDIT OPPORTUNITIES FUND, LLC,<br><br>      Defendants. | Civil Action No.<br>1:12-CV-3261-WSD |

### [PROPOSED] CONSENT ORDER

This matter having come before the Court on Defendant Angelo A. Alleca's "Consent Motion for Disbursement of Funds" and good cause having been shown, the Court hereby ORDERS Mr. Alleca to pay $15,000.00 from his federal and state tax refunds into the Ballard Spahr LLP trust account and to pay the remaining amount of his federal and state tax refunds to the Receiver's custody.

Dated: _May 13_, 2013

                                                The Honorable William S. Duffey, Jr.
                                                United States District Judge