# BERGER | HARRIS

ROBERT D. TERRY, ESQUIRE  
C/O STEPHEN PARKER/PAGE PERRY, LLC  
1040 CROWN POINTE PARKWAY, STE 1050  
ATLANTA, GA  30338

STATEMENT DATE: Oct. 31, 2012  
STATEMENT NO. 4170  
ACCOUNT NO. 99308.00  
PAGE 1

RE: TOLL AND TOPIKIS v. ALLECA AND SUMMIT WEALTH

### FEES

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/11/2012 | JH | CONFER WITH D. ANTHONY REGARDING BACKGROUND AND CERTAIN LEGAL ISSUES; FOLLOW-UP CONFERENCE WITH D. ANTHONY REGARDING SAME; TELEPHONE CALL WITH S. PARKER REGARDING SAME; SEVERAL E-MAILS TO/FROM S. PARKER. | 1.00 |
| | DA | REVIEWING PLEADINGS AND FILINGS FORWARDED BY CLIENT; CONFERENCE CALL WITH CO-COUNSEL TO DISCUSS STRATEGY MOVING FORWARD | 1.20 |
| 10/12/2012 | JH | NUMEROUS INTERNAL/EXTERNAL COMMUNICATIONS REGARDING "REMOVAL" EXTENSION OF TIME TO RESPOND TO COMPLAINT PLUS OTHER OPEN ISSUES. | 0.50 |
| 10/16/2012 | DA | RESEARCHING JURISDICTIONAL BASIS FOR REMOVING CASE TO FEDERAL COURT AND TRANSFERRING CASE TO GEORGIA | 3.50 |
| 10/17/2012 | JH | CONFER WITH D. ANTHONY REGARDING REMOVAL/TRANSFER ISSUES; NUMEROUS COMMUNICATIONS WITH S. PARKER; TELEPHONE CALLS WITH PLAINTIFF'S COUNSEL; E-MAILS TO/FROM PLAINTIFF'S COUNSEL; FOLLOW-UP CONFERENCE WITH D. ANTHONY REGARDING REMOVAL ISSUE. | 0.60 |
| 10/18/2012 | JH | CONFER WITH D. ANTHONY REGARDING REMOVAL PETITION; REVIEW DRAFT PETITION. | 0.50 |
| | DA | DRAFTING NOTICE OF REMOVAL AND REMOVAL PETITION | 4.50 |

1201 N. ORANGE STREET, 3RD FLOOR * WILMINGTON, DELAWARE 19801 * PHONE 302.655.1140 * FAX 302-655-1131

FEDERAL ID: 27-0899558

Exhibit "D"

ROBERT D. TERRY, ESQUIRE

TOLL AND TOPIKIS v. ALLECA AND SUMMIT WEALTH

PAGE: 2
Oct. 31, 2012
ACCOUNT NO: 99308-00M
STATEMENT NO: 4170

| Date | TK | Description | Hours | |
|---|---|---|---|---|
| 10/19/2012 | JH | CONFER WITH D. ANTHONY REGARDING REMOVAL ISSUE; TELEPHONE CALL WITH S. PARKER REGARDING SAME; SEVERAL EXTERNAL E-MAILS REGARDING SAME. | 0.80 | |
| | DA | PHONE CALL WITH CO-COUNSEL REGARDING BASIS FOR REMOVAL; RESEARCHING SAME | 1.80 | |
| 10/23/2012 | MN | FILE ENTRY OF APPEARANCE OF JOHN G. HARRIS, ESQUIRE AND DAVID B. ANTHONY, ESQUIRE OF BERGER HARRIS, LLC AS COUNSEL FOR ROBERT D. TERRY, ESQUIRE, RECEIVER FOR THE ESTATE OF DEFENDANT SUMMIT WEALTH MANAGEMENT, INC. | 0.30 | |
| | JH | SEVERAL E-MAILS TO/FROM S. PARKER; INTERNAL CONFERENCE REGARDING ENTRY OF APPEARANCE AND OTHER OPEN ITEMS. | 0.20 | |
| 10/31/2012 | JH | TELEPHONE CALL WITH S. PARKER REGARDING REQUEST FOR EXTENSION; FOLLOW-UP TELECONFERENCE WITH S. PARKER; E-MAILS TO/FROM S. PARKER. | 0.30 | |
| | | FOR CURRENT SERVICES RENDERED | 15.20 | 4,267.50 |

### RECAPITULATION

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| JOHN HARRIS | 3.90 | $285.00 | $1,111.50 |
| DAVID ANTHONY | 11.00 | 285.00 | 3,135.00 |
| MARSHA NICHOLLS | 0.30 | 70.00 | 21.00 |

### EXPENSES

| Date | Description | | Amount |
|---|---|---|---|
| 10/31/2012 | 10/17/12 PHOTOCOPYING CHARGES | | 6.60 |
| | TOTAL EXPENSES | | 6.60 |
| | TOTAL CURRENT WORK | | 4,274.10 |
| | BALANCE DUE | | $4,274.10 |

# BERGER | HARRIS

ROBERT D. TERRY, ESQUIRE  
C/O STEPHEN PARKER/PAGE PERRY, LLC  
1040 CROWN POINTE PARKWAY, STE 1050  
ATLANTA, GA  30338

STATEMENT DATE: Nov. 30, 2012  
STATEMENT NO. 4411  
ACCOUNT NO. 99308.00  
PAGE 1

RE: TOLL AND TOPIKIS v. ALLECA AND SUMMIT WEALTH

### FEES

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/01/2012 | JH | TELEPHONE CALL WITH PLAINTIFF'S COUNSEL; E-MAIL TO S. PARKER REGARDING SAME. | 0.30 |
| 11/02/2012 | JH | SEVERAL E-MAILS TO/FROM PLAINTIFF'S COUNSEL REGARDING OPEN ISSUES; E-MAILS TO S. PARKER REGARDING SAME. | 0.80 |
| | DA | PHONE CALL WITH STEVE PARKER AND BOB TERRY REGARDING FILING A MOTION TO STAY OR DISMISS DELAWARE CASE | 0.40 |
| 11/03/2012 | JH | E-MAIL TO S. PARKER REGARDING STATUS. | 0.20 |
| 11/05/2012 | JH | CONFER WITH D. ANTHONY REGARDING OMITTED COMPULSORY COUNTERCLAIMS; RESEARCH REGARDING SAME; TELEPHONE CALL WITH S. PARKER REGARDING SAME; E-MAILS TO/FROM S. PARKER. | 1.30 |
| | DA | RESEARCHING STANDARD FOR FILING COMPULSORY COUNTERCLAIMS AFTER THE CLOSE OF PLEADINGS; WHETHER MOTION TO STAY SATISFIES RESPONSIVE PLEADING REQUIREMENTS | 0.80 |
| 11/06/2012 | JH | REVIEW/REVISE DRAFT ANSWER/AFFIRMATIVE DEFENSES; CONFER WITH D. ANTHONY REGARDING SAME; E-MAILS TO/FROM S. PARKER. | 1.80 |
| | DA | DRAFTING ANSWER AND AFFIRMATIVE DEFENSES | 3.40 |

ROBERT D. TERRY, ESQUIRE

PAGE: 2
Nov. 30, 2012
ACCOUNT NO: 99308-00M
STATEMENT NO: 4411

TOLL AND TOPIKIS v. ALLECA AND SUMMIT WEALTH

| Date | | Description | Hours |
|---|---|---|---|
| 11/07/2012 | | | |
| | JH | MORE REVISIONS TO DRAFT ANSWER; CONFER WITH D. ANTHONY; SEVERAL EXTERNAL E-MAILS REGARDING OPEN ITEMS. | 0.70 |
| | DA | EDITING/ REVISING ANSWER AND AFFIRMATIVE DEFENSES; PREPARING SAME FOR FILING AND FILING SAME | 0.50 |
| 11/08/2012 | | | |
| | JH | SEVERAL EXTERNAL E-MAILS. | 0.20 |
| | DA | PHONE CALLS WITH PLAINTIFFS' COUNSEL REGARDING SERVICE OF PROCESS ON MR. ALLECA; DRAFTING EMAIL REGARDING SAME TO BOB TERRY; CONFERENCE CALL WITH BOB TERRY DISCUSSING SAME | 0.70 |
| 11/15/2012 | | | |
| | DA | PHONE CALL WITH STEVE PARKER REGARDING POTENTIAL DEFAULT JUDGMENT AGAINST MR. ALLECA AND SUMMIT WEALTH'S INSURANCE COVERAGE OF DISPUTE | 0.20 |
| 11/19/2012 | | | |
| | JH | INTERNAL COMMUNICATIONS REGARDING DEFAULT JUDGMENT MOTION. | 0.20 |
| | DA | REVIEWING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST MR. ALLECA; EMAILING SAME TO STEVE PARKER AND BOB TERRY | 0.40 |
| 11/21/2012 | | | |
| | JH | VOICE-MAIL FROM S. PARKER; TELEPHONE CALL WITH S. PARKER; E-MAILS TO/FROM S. PARKER REGARDING DEFAULT JUDGMENT. | 0.40 |
| 11/23/2012 | | | |
| | JH | E-MAILS TO/FROM S. PARKER REGARDING GROUNDS FOR MOTION TO STAY. | 0.30 |
| 11/24/2012 | | | |
| | JH | E-MAIL TO S. PARKER REGARDING ANTICIPATED STAY MOTION; E-MAIL TO OPPOSING COUNSEL REGARDING SAME. | 0.30 |
| 11/26/2012 | | | |
| | JH | REVIEW AND REVISE DRAFT NOTICE OF STAY AND OPPOSITION TO DEFAULT JUDGMENT MOTION; FINALIZE SAME PLUS COVER LETTER TO COURT. | 0.50 |
| | MN | FILE DEFENDANT SUMMIT WEALTH MANAGEMENT, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT. | 0.40 |
| | MN | FILE LETTER FROM JOHN G. HARRIS, ESQUIRE TO THE HONORABLE DONALD F. PARSONS, JR. DATED NOVEMBER 26, 2012 ENCLOSING A COURTESY COPY OF RECEIVER, ROBERT E. TERRY'S NOTICE OF STAY ON BEHALF OF DEFENDANT SUMMIT WEALTH MANAGEMENT, INC. | 0.30 |
| | DA | DRAFTING NOTICE OF STAY, OPPOSITION TO MOTION FOR ENTRY OF DEFAULT JUDGMENT AND COVER LETTER TO THE COURT REGARDING SAME | 2.40 |
| 11/28/2012 | | | |
| | JH | REVIEW PLAINTIFFS' COUNSEL LETTER TO COURT DATED 11/28/12 | |

ROBERT D. TERRY, ESQUIRE

TOLL AND TOPIKIS v. ALLECA AND SUMMIT WEALTH

| | | HOURS | |
|---|---|---|---|
| | NOTICING OPPOSITION TO NOTICE OF STAY; CONFER WITH D. ANTHONY REGARDING SAME. | 0.30 | |
| DA | REVIEWING LETTER FROM PLAINTIFFS' COUNSEL REGARDING OPPOSITION TO STAY; EMAILING SAME TO CO-COUNSEL | 0.20 | |
| | FOR CURRENT SERVICES RENDERED | 17.00 | 4,694.50 |

### RECAPITULATION

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| JOHN HARRIS | 7.30 | $285.00 | $2,080.50 |
| DAVID ANTHONY | 9.00 | 285.00 | 2,565.00 |
| MARSHA NICHOLLS | 0.70 | 70.00 | 49.00 |

### ADVANCES

| | | |
|---|---|---|
| 11/19/2012 | 10/12 FILING FEES - LEXISNEXIS | 22.00 |
| 11/19/2012 | 10/12 ONLINE DOCUMENT FEE - LEXISNEXIS | 70.50 |
| 11/28/2012 | 10/12 INFORMATION CHARGES - WEST | 184.46 |
| | TOTAL ADVANCES | 276.96 |
| | TOTAL CURRENT WORK | 4,971.46 |
| | PREVIOUS BALANCE | $4,274.10 |
| | BALANCE DUE | $9,245.56 |

# BERGER | HARRIS

ROBERT D. TERRY, ESQUIRE  
C/O STEPHEN PARKER/PAGE PERRY, LLC  
1040 CROWN POINTE PARKWAY, STE 1050  
ATLANTA, GA 30338

STATEMENT DATE: Dec. 31, 2012  
STATEMENT NO. 4491  
ACCOUNT NO. 99308.00  
PAGE 1

RE: TOLL AND TOPIKIS v. ALLECA AND SUMMIT WEALTH

### FEES

| Date | Atty | Description | Hours |
|---|---|---|---|
| 12/11/2012 | JH | INTERNAL CONFERENCE REGARDING STATUS OF PLAINTIFF'S OBJECTION TO RECEIVER'S NOTICE OF STAY; E-MAIL TO S. PARKER. | 0.20 |
| 12/12/2012 | JH | E-MAIL TO S. PARKER AND R. TERRY TRANSMITTING PLAINTIFF'S OPPOSITION TO NOTICE OF STAY. | 0.30 |
| 12/17/2012 | JH | E-MAILS TO/FROM S. PARKER REGARDING REPLY IN FURTHER SUPPORT OF NOTICE OF STAY; NUMEROUS FOLLOW UP E-MAILS TO/FROM S. PARKER AND OPPOSING COUNSEL REGARDING SAME. | 0.60 |
| 12/18/2012 | JH | SEVERAL E-MAILS TO/FROM OPPOSING COUNSEL AND S. PARKER REGARDING ORAL ARGUMENT ON RECEIVER'S NOTICE OF STAY. | 0.40 |
| 12/19/2012 | JH | E-MAILS TO/FROM S. PARKER REGARDING ORAL ARGUMENT ON NOTICE STAY; E-MAILS TO/FROM OPPOSING COUNSEL REGARDING SAME. | 0.30 |
| 12/26/2012 | JH | SEVERAL E-MAILS TO OPPOSING COUNSEL AND TRUSTEE REGARDING STAY ISSUE. | 0.40 |
| 12/28/2012 | JH | E-MAILS TO/FROM D. EAGLE. | 0.10 |

1201 N. ORANGE STREET, 3RD FLOOR * WILMINGTON, DELAWARE 19801 * PHONE 302.655.1140 * FAX 302-655-1131  
FEDERAL ID: 27-0899558

ROBERT D. TERRY, ESQUIRE

PAGE: 2
Dec. 31, 2012
ACCOUNT NO: 99308-00M
STATEMENT NO: 4491

TOLL AND TOPIKIS v. ALLECA AND SUMMIT WEALTH

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 12/31/2012 | JH | DRAFTING REPLY IN FURTHER SUPPORT OF NOTICE OF STAY. | 2.20 | |
| | | FOR CURRENT SERVICES RENDERED | 4.50 | 1,282.50 |

### RECAPITULATION

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| JOHN HARRIS | 4.50 | $285.00 | $1,282.50 |

### ADVANCES

| Date | Description | Amount |
|---|---|---|
| 12/19/2012 | 11/12 INFORMATION CHARGES - WEST | 63.79 |
| 12/19/2012 | 11/12 FIING FEES - FILE & SERVEXPRESS | 88.50 |
| 12/20/2012 | 11/26 DELIVER NOTICE TO STAY TO CHANCERY COURT - RELIABLE | 5.00 |
| | TOTAL ADVANCES | 157.29 |

| | |
|---|---|
| TOTAL CURRENT WORK | 1,439.79 |
| PREVIOUS BALANCE | $9,245.56 |
| BALANCE DUE | $10,685.35 |

# BERGER | HARRIS

ROBERT D. TERRY, ESQUIRE  
C/O STEPHEN PARKER/PAGE PERRY, LLC  
1040 CROWN POINTE PARKWAY, STE 1050  
ATLANTA, GA  30338

STATEMENT DATE: Jan. 31, 2013  
STATEMENT NO. 4587  
ACCOUNT NO. 99308.00  
PAGE 1

RE: TOLL AND TOPIKIS v. ALLECA AND SUMMIT WEALTH

### FEES

| Date | | Description | Hours |
|---|---|---|---|
| 1/02/2013 | | | |
| | JH | CONTINUE PREPARING REPLY IN FURTHER SUPPORT OF NOTICE TO STAY; E-MAILS TO/FROM S. PARKER REGARDING STATUS OF SAME. | 1.30 |
| | DA | EDITING/REVISING REPLY TO PLAINTIFF'S OPPOSITION TO NOTICE OF STAY | 1.50 |
| 1/03/2013 | | | |
| | JH | REVIEW/REVISE DRAFT REPLY IN SUPPORT OF NOTICE OF STAY. | 0.60 |
| | DA | EDITING/REVISING REPLY IN SUPPORT OF NOTICE OF STAY; PREPARING SAME FOR FILING | 1.20 |
| 1/04/2013 | | | |
| | JH | REVIEW RECEIVER'S COMMENTS TO DRAFT REPLY IN SUPPORT OF NOTICE OF STAY; FURTHER REVISIONS TO SAME DRAFT; CONFER WITH D. ANTHONY REGARDING SAME; REVIEW S. PARKER'S FINAL COMMENT; E-NOTICE REGARDING SCHEDULING OF ORAL ARGUMENT. | 1.80 |
| | MN | FILE DEFENDANT SUMMIT WEALTH MANAGEMENT, INC'S REPLY IN SUPPORT OF NOTICE OF STAY WITH SUPPORTING DOCUMENTS. | 0.40 |
| 1/07/2013 | | | |
| | JH | CONFER WITH D. ANTHONY REGARDING PREP FOR ORAL ARGUMENT ON DEFAULT MOTION AND NOTICE OF STAY; E-MAILS TO/FROM PLAINTIFFS' COUNSEL REGARDING SCHEDULING. | 0.60 |
| | DA | DRAFTING OUTLINE IN PREPARATION OF ORAL ARGUMENT ON PLAINTIFF'S MOTION TO SEEK RELIEF FROM STAY | 1.50 |
| 1/08/2013 | | | |
| | JH | CONFER WITH D. ANTHONY IN FURTHER PREPARATION FOR | |

ROBERT D. TERRY, ESQUIRE

TOLL AND TOPIKIS v. ALLECA AND SUMMIT WEALTH

PAGE: 2
Jan. 31, 2013
ACCOUNT NO: 99308-00M
STATEMENT NO: 4587

| | | HOURS | |
|---|---|---|---|
| | TODAY'S ORAL ARGUMENT; ATTEND SAME ORAL ARGUMENT; ATTEND SAME ORAL ARGUMENT; CONFER WITH PLAINTIFFS' COUNSEL FOLLOWING ORAL ARGUMENT. | 2.20 | |
| DA | PREPARING FOR AND ATTENDING ORAL ARGUMENT ON PLAINTIFFS MOTION FOR RELIEF FROM STAY; DRAFTING EMAIL TO CO-COUNSEL REGARDING SAME | 2.30 | |
| 01/17/2013 | | | |
| JH | SEVERAL E-MAILS TO/FROM S. PARKER AND COURT REPORTER REGARDING TRANSCRIPT. | 0.30 | |
| 01/30/2013 | | | |
| DA | REVIEWING STATUS OF COMPANION CASE AND EMAILING CO-COUNSEL REGARDING SAME | 0.40 | |
| | FOR CURRENT SERVICES RENDERED | 14.10 | 3,932.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| JOHN HARRIS | 6.80 | $285.00 | $1,938.00 |
| DAVID ANTHONY | 6.90 | 285.00 | 1,966.50 |
| MARSHA NICHOLLS | 0.40 | 70.00 | 28.00 |

ADVANCES

| | | |
|---|---|---|
| 01/10/2013 | MOTION FEES - REGISTER IN CHANCERY | 75.00 |
| 01/28/2013 | 4th QTR '12 STATUTORY FILING FEES - FILE SERVEXPRESS | 74.00 |
| 01/28/2013 | 4th QTR 2012 COURT ELECTRONIC RECORDS - PACER | 16.50 |
| 01/28/2013 | DELIVER DEFENDANT'S REPLY RE: NOTICE TO STAY - RELIABLE | 10.00 |
| 01/28/2013 | HAND DELIVERY OF COPIES OF FILINGS TO VC PARSONS - RELIABLE | 5.00 |
| | TOTAL ADVANCES | 180.50 |

TOTAL CURRENT WORK                                4,113.00

PREVIOUS BALANCE                                 $10,685.35

BALANCE DUE                                      $14,798.35

# BERGER | HARRIS

ROBERT D. TERRY, ESQUIRE  
C/O STEPHEN PARKER/PAGE PERRY, LLC  
1040 CROWN POINTE PARKWAY, STE 1050  
ATLANTA, GA  30338

STATEMENT DATE: Feb. 28, 2013  
STATEMENT NO. 4702  
ACCOUNT NO. 99308.00  
PAGE 1

RE: TOLL AND TOPIKIS v. ALLECA AND SUMMIT WEALTH

## FEES

| Date | | Description | HOURS | |
|---|---|---|---|---|
| 02/21/2013 | JH | E-MAILS TO/FROM D. EAGLE REGARDING REQUESTED 3RD PARTY DISCOVERY; E-MAIL TO CO-COUNSEL REGARDING SAME. | 0.30 | |
| 02/26/2013 | JH | E-MAIL TO S. PARKER FOLLOWING UP ON OPPOSING COUNSEL'S REQUEST FOR 3RD PARTY DISCOVERY; SEVERAL FOLLOW-UP E-MAILS TO/FROM CO-COUNSEL AND OPPOSING COUNSEL. | 0.40 | |
| 02/27/2013 | JH | TELEPHONE CALL WITH CO-COUNSELING AND OPPOSING COUNSEL REGARDING TOLL'S REQUEST FOR 3RD PARTY DISCOVERY FROM RECEIVER-SHIP; E-MAILS TO/FROM RECEIVER. | 0.60 | |
| 02/28/2013 | JH | TELEPHONE CALL WITH RECEIVER, RECEIVER'S COUNSEL AND TOLL'S COUNSEL REGARDING 3RD PARTY DISCOVERY. | 0.50 | |
| | | FOR CURRENT SERVICES RENDERED | 1.80 | 513.00 |

### RECAPITULATION

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| JOHN HARRIS | 1.80 | $285.00 | $513.00 |

## ADVANCES

| | | |
|---|---|---|
| 02/21/2013 | 1/13 FILING FEES - FILE & SERVEXPRESS | 23.00 |
| 02/25/2013 | 1/13 INFORMATION CHARGES - WEST | 383.05 |
| | TOTAL ADVANCES | 406.05 |

1201 N. ORANGE STREET, 3RD FLOOR * WILMINGTON, DELAWARE 19801 * PHONE 302.655.1140 * FAX 302-655-1131  
FEDERAL ID: 27-0899558

ROBERT D. TERRY, ESQUIRE

TOLL AND TOPIKIS v. ALLECA AND SUMMIT WEALTH

PAGE: 2
Feb. 28, 2013
ACCOUNT NO: 99308-00M
STATEMENT NO: 4702

| | |
|---|---:|
| TOTAL CURRENT WORK | 919.05 |
| PREVIOUS BALANCE | $14,798.35 |
| BALANCE DUE | $15,717.40 |

ROBERT D. TERRY, ESQUIRE

TOLL AND TOPIKIS v. ALLECA AND SUMMIT WEALTH

PAGE: 2
Feb. 28, 2013
ACCOUNT NO: 99308-00M
STATEMENT NO: 4702

# BERGER | HARRIS

ROBERT D. TERRY, ESQUIRE  
C/O STEPHEN PARKER/PAGE PERRY, LLC  
1040 CROWN POINTE PARKWAY, STE 1050  
ATLANTA, GA  30338

STATEMENT DATE: Mar. 31, 2013  
STATEMENT NO. 4863  
ACCOUNT NO. 99308.00  
PAGE 1

RE: TOLL AND TOPIKIS v. ALLECA AND SUMMIT WEALTH

| | | |
|---|---|---:|
| | PREVIOUS BALANCE | $15,717.40 |
| | <u>ADVANCES</u> | |
| 03/26/2013 | 2/27 TELECONFERENCE - PREMIERE GLOBAL SERVICES | 5.55 |
| | TOTAL ADVANCES | 5.55 |
| | TOTAL CURRENT WORK | 5.55 |
| | BALANCE DUE | $15,722.95 |

# BERGER | HARRIS

ROBERT D. TERRY, ESQUIRE
C/O STEPHEN PARKER/PAGE PERRY, LLC
1040 CROWN POINTE PARKWAY, STE 1050
ATLANTA, GA   30338

STATEMENT DATE: Apr. 30, 2013
STATEMENT NO. 4960
ACCOUNT NO. 99308.00
PAGE: 1

RE: TOLL AND TOPIKIS v. ALLECA AND SUMMIT WEALTH

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $15,722.95 |
| | ADVANCES | |
| 04/24/2013 | 1ST QTR '13 STATUTORY FILING FEES - FILE SERVEXPRESS | 30.00 |
| | TOTAL ADVANCES | 30.00 |
| | TOTAL CURRENT WORK | 30.00 |
| | BALANCE DUE | $15,752.95 |

1201 N. ORANGE STREET, 3RD FLOOR * WILMINGTON, DELAWARE 19801 * PHONE 302.655.1140 * FAX 302.655.1131
FEDERAL ID: 27-0899558