UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiffs,<br><br>vs.<br><br>ANGELO A. ALLECA, et al,<br><br>              Defendants. | CIVIL ACTION FILE<br><br>NO.1:12-CV-3261-WSD |

## **JUDGMENT**

This action having come before the court, Honorable William S. Duffey, Jr., United States District Judge, for consideration of Receiver Robert D. Terry's Motion for Attorney Fees, and the court having granted said motion, it is

**Ordered and adjudged** that the Receiver is authorized to pay $25,752.95 to the law firm Berger Harris.

Dated at Atlanta, Georgia this 9th day of October, 2013.

                                              JAMES N. HATTEN
                                              CLERK OF COURT


                                  By:  s/ Ashley Coleman
                                           Deputy Clerk

Prepared and entered
in the Clerk's Office
   October 9, 2013
James N. Hatten
Clerk of Court


By: s/ Ashley Coleman
      Deputy Clerk