# Exhibit A

| Transaction | Date | Amount | Description |
|---|---|---|---|
| **Asset Sale to Diversified Equity Management** | | | |
| Payment | 12/5/2012 | $25,000.00 | Sales Proceeds |
| Payment | 1/9/2013 | $25,000.00 | Sales Proceeds |
| Payment | 4/18/2013 | $14,558.00 | Sales Proceeds |
| Payment | 1/9/2013 | $14,155.50 | Sales Proceeds |
| **Asset Sale to Wealthcare Capital Management** | | | |
| Payment | 11/29/2013 | $17,513.00 | Sales Proceeds |
| Payment | 4/17/2013 | $5,105.54 | Sales Proceeds |
| Payment | 7/31/2013 | $5,719.59 | Sales Proceeds |
| **Asset Sale to CLA Financial Advisors** | | | |
| Payment | 11/1/2012 | $45,000.00 | Sales Proceeds |
| Payment | 4/15/2013 | $7,732.60 | Sales Proceeds |
| Payment | 7/12/2013 | $2,228.45 | Sales Proceeds |
| **Asset Sale to Cypress Wealth Advisors** | | | |
| Payment | 12/12/2012 | $25,000.00 | Sales Proceeds |
| Payment | 1/2/2013 | $25,000.00 | Sales Proceeds |
| Payment | 1/31/2013 | $75,000.00 | Sales Proceeds |
| **Asset Sale to Summit Wealth Partners** | | | |
| Payment | 2/4/2012 | $6,000.00 | Sales Proceeds |
| Payment | 4/12/2013 | $6,000.00 | Sales Proceeds |
| Advisory Fee Revenue - 2012 | Various | $238,378.57 | |
| Proceeds from Alleca Property Sale | 1/11/2013 | $30,539.09 | |
| Proceeds from Alleca Tax Refund | 8/8/2013 | $4,276.00 | |
| Collection from Worsham & Sammons | 9/27/2012 | $34,303.39 | Receivable Collection |
| Office Furniture Depot | 12/29/2012 | $750.00 | Sale of Atlanta furniture |
| Telephone Wholesaler | 12/29/2012 | $500.00 | Sale of telephones |
| Reggie McCutcheons | 1/17/2013 | $300.00 | Sale of television |
| Villa Park Office Equipment | 1/17/2013 | $1,500.00 | Sale of Chicago furniture |
| Collection of Note from Brian Wisda | 1/4/2013 | $80,000.00 | First installment |
| | | $85,000.00 | second installment |
| Total | | $774,559.73 | |