Exhibit B

# Summit Wealth Management, Inc.

## September 27 - December 31, 2012

|  | Total |
|---|---|
| **Expenses** | |
| 5100 Trading Expenses | 649.59 |
| 5515 Insurance | |
| 5500 Business Owners | 4,966.94 |
| 5530 Medical Insurance | 39,008.72 |
| 6110 Fidelity Bond | 85.00 |
| **Total 5515 Insurance** | **44,060.66** |
| 5701 Outside Services | |
| 5640 Moving | 1,600.00 |
| 5705 Computer Consultant | 34,781.50 |
| 5710 Consulting | 1,750.00 |
| 5740 Accounting | 9,075.00 |
| **Total 5701 Outside Services** | **47,206.50** |
| 5800 Payroll Expenses | |
| 5801 Salaries | 351,210.90 |
| 5815 Payroll Taxes | 34,554.98 |
| **Total 5800 Payroll Expenses** | **385,765.88** |
| 5880 Taxes | |
| 5820 State | -474.49 |
| 5821 Property Taxes | 1,139.83 |
| **Total 5880 Taxes** | **665.34** |
| 6002 Utilities & Internet | |
| 5350 Computer Software Expense | 12,817.47 |
| 5890 Telephone and Fax | 1,228.21 |
| 5950 Utilities | 6,821.41 |
| **Total 6002 Utilities & Internet** | **20,867.09** |
| 6007 Rent/Leases | |
| 5370 Copier Leases | -82.33 |
| 5850 Rent | 26,476.07 |
| **Total 6007 Rent/Leases** | **26,393.74** |
| 6008 Repair & Maintenance | |
| 6165 Building Maintenance | |
| 5270 Maintenance Services | 248.18 |
| **Total 6165 Building Maintenance** | **248.18** |
| **Total 6008 Repair & Maintenance** | **248.18** |
| 6155 Automobile Expense | |
| 5180 Parking | 40.00 |

| | Total |
|---|---|
| Total 6155 Automobile Expense | 40.00 |
| 6250 Office Expenses | |
| 5200 Bank Service Charges | 349.54 |
| 5650 Office Refreshments | 36.53 |
| 5660 Office Supplies | 335.88 |
| 5830 Postage and Delivery | 1,416.11 |
| 5840 Printing and Reproduction | 4.23 |
| 5995 Books & Resources | 9.95 |
| Total 6250 Office Expenses | 2,152.24 |
| Compliance & Training Expense | |
| 5360 Continuing Education | 353.00 |
| 5460 Dues and Subscriptions | 260.72 |
| 5610 License & Fees | 4,000.00 |
| Total Compliance & Training Expense | 4,613.72 |
| Travel & Entertainment | |
| 5910 Business Meals | 481.32 |
| 5915 Business Travel | 3,370.61 |
| 5925 Personal Meals | 352.78 |
| Total Travel & Entertainment | 4,204.71 |
| Total Expenses | $536,867.65 |

Friday, Oct 25, 2013 06:27:11 PM PDT GMT-4 - Cash Basis