# Exhibit C

| Transaction | Date | Amount | Description |
|---|---|---|---|
| Rick Worsham | 12/6/2012 | $6,250.00 | Payment to release security interest |
| Half Price Movers | 12/27/2012 | $950.00 | Shipping costs - San Antonio Files |
| Green Movers | 12/29/2012 | $650.00 | Junk disposal |
| Peachtree Movers | 1/9/2013 | $956.10 | Moving expense |
| Public Storage | 1/9/2013 | $102.40 | Storage |
| Mt. Vernon Printing | 1/23/2013 | $561.75 | Printing |
| Rick Worsham | 1/23/2013 | $6,250.00 | Payment to release security interest |
| Wells Fargo Bank | 1/29/2013 | $85.00 | Subpoena Expense |
| Kathryn Crane | 2/1/2013 | $2,737.50 | Bookeeping assistance with Summit accounting system |
| Mt. Vernon Printing | 2/1/2013 | $116.10 | Printing |
| Public storage | 2/8/2013 | $88.52 | Storage |
| Advantage Laser Products | 3/1/2013 | $50.58 | Toner cartridge for Summit Printer tied to accounting system |
| Public Storage | 3/7/2013 | $98.00 | Storage |
| Glen Janken | 3/20/2013 | $2,677.06 | Payment to release security interest |
| RBS Citizens Bank | 3/28/2013 | $48.00 | Subpoena Expense |
| RBS Citizens Bank | 3/28/2013 | $82.50 | Subpoena Expense |
| Public Storage | 4/11/2013 | $149.60 | Storage |
| US Bank | 4/14/2013 | $117.50 | Subpoena Expense |
| David Sammons | 4/22/2013 | $1,500.00 | Payment to release security interest |
| Rick Worsham | 4/22/2013 | $10,000.00 | Payment to release security interest |
| PNC Bank | 4/23/2013 | $77.25 | Subpoena Expense |
| PNC Bank | 4/29/2013 | $23.75 | Subpoena Expense |
| US Bank | 4/29/2013 | $47.50 | Subpoena Expense |
| Public Storage | 5/8/2013 | $98.00 | Storage |
| Glen Janken | 5/13/2013 | $5,155.32 | Payment to release security interest |
| Public Storage | 6/4/2013 | $98.00 | Storage |
| RBS Citizens Bank | 6/4/2013 | $43.00 | Subpoena Expense |
| Nicholas Marrero | 6/18/2013 | $22.80 | Transcript |
| Public Storage | 7/5/2013 | $98.00 | Storage |
| David Sammons | 7/24/2013 | $1,500.00 | Payment to release security interest |
| Rick Worsham | 7/24/2013 | $10,000.00 | Payment to release security interest |
| lester Szlendek | 8/2/2013 | $1,716.95 | Moving and Office closing - Chicago |
| Public Storage | 8/6/2013 | $112.00 | Storage |
| Nicholas Marrero | 8/29/2013 | $67.50 | Transcript |
| Public Storage | 9/4/2013 | $112.00 | Storage |
| Total | | $52,642.68 | |