Exhibit D

# Page Perry, LLC
1040 Crown Pointe Parkway
Ste. 1050
Atlanta, GA 30338 USA
Phone   770-673-0047        Fax 770-673-0120

*Tax ID No.: 06-1692291*

---

Summit Wealth Management Receivership

October 25, 2013

File #: 14203.001

Invoice No.   Sample

Attention:

## STATEMENT OF ACCOUNT

Re:   Summit Wealth Receivership

For all professional services rendered and expenses incurred in connection with the above matter for the period up to and including   October 1, 2013

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Jan-08-13 | Federal Express | 16.90 |
| Jan-14-13 | Federal Express | 15.73 |
| Jan-15-13 | Pacer Research /Leavell | 9.60 |
|  | Pacer Research | 52.80 |
| Jan-22-13 | Printing | 561.75 |
| Jan-24-13 | Printing - Void | -561.75 |
| Jan-31-13 | Copy Charges @ $0.15 per page | 61.95 |
|  | Facsimile Expense | 0.50 |
|  | Postage Expense | 6.50 |
|  | Postage Expense /Proof of Claim Lettters | 1,934.57 |
|  | Copy Charges @ $0.15 per page | 3.60 |
| Feb-11-13 | Federal Express | 16.38 |
|  | Federal Express | 11.54 |
| Feb-28-13 | Facsimile Expense | 1.75 |
|  | Postage | 149.48 |
|  | Postage | 14.68 |
|  | Copy Charges @ $0.15 per page | 26.55 |
|  | Copy Charges @ $0.15 per page | 37.05 |
| Mar-01-13 | Federal Express | 8.58 |
| Mar-07-13 | Payroll System Corrector | 49.00 |
| Mar-08-13 | Federal Express | 15.53 |
|  | Federal Express | 17.28 |
| Mar-15-13 | Postage | 51.24 |

| Date | Description | Amount |
|---|---|---|
| Mar-25-13 | Federal Express | 19.65 |
| Mar-29-13 | Facsimile Expense | 5.75 |
|  | Postage Expense | 84.20 |
|  | Copy Charges @ $0.15 per page | 157.20 |
| Apr-15-13 | Westlaw Legal Research | 10.92 |
|  | Pacer Research | 70.90 |
| Apr-17-13 | Clear Research | 25.00 |
| Apr-19-13 | Federal Express | 16.68 |
| Apr-29-13 | Federal Express | 17.60 |
| Apr-30-13 | Postage | 54.22 |
|  | Westlaw Legal Research | 290.79 |
|  | Copy Charges @ $0.15 per page | 125.00 |
| May-03-13 | Federal Express | 14.22 |
| May-29-13 | Telephone Expense | 18.52 |
| May-31-13 | Postage Expense | 22.02 |
|  | Copy Charges @ $0.15 per page | 2.25 |
| Jun-04-13 | Software renewal | 130.57 |
| Jun-17-13 | Federal Express | 20.41 |
|  | Federal Express | 8.48 |
| Jun-30-13 |  | 89.56 |
|  | Copy Charges @ $0.15 per page | 61.20 |
| Jul-30-13 | Federal Express | 33.94 |
| Jul-31-13 | Postage | 8.59 |
|  | Copy Charges @ $0.15 per page | 28.95 |
| Aug-31-13 | Postage | 5.83 |
|  | Westlaw Legal Research | 47.94 |
|  | Copy Charges @ $0.15 per page | 79.95 |
| Sep-13-13 | Federal Express | 9.82 |
| Sep-30-13 | Westlaw Legal Research | 26.16 |

|  |  |
|---|---|
| Totals | $3,987.53 |
| **Total Fee & Disbursements** | **$3,987.53** |
| Previous Balance | 8,911.74 |
| **Total Balance Due** | **$12,899.27** |

# Page Perry, LLC
1040 Crown Pointe Parkway
Ste. 1050
Atlanta, GA 30338 USA
Phone   770-673-0047   Fax   770-673-0120

Tax ID No.:   06-1692291

US Securities and Exchange Commission
2475 Lenox Rd. NE, Ste. 1000
Atlanta, GA   30326
Attn:   Joshua Mayes

February 14, 2013
File #: 14203.001

## STATEMENT OF ACCOUNT

Re: Summit Wealth Management Receivership v SEC

For all expenses incurred in connection with the above matter for the period September 18, 2012 to December 31, 2012

**EXPENSE DETAIL:**

| Date | Description | Amount |
|---|---|---|
| Sep-25-12 | Witness fee and mileage | 30.00 |
| Sep-26-12 | Postage | 225.00 |
| Sep-27-12 | Filing Fees to 28 jurisdictions | 1,288.00 |
| Sep-30-12 | Facsimile Expense | 248.00 |
| | Postage Expense | 46.50 |
| | Westlaw Legal Research | 376.90 |
| | Copy Charges @ $0.10 per page | 383.70 |
| | Color Copies @ $.25 per copy | 7.00 |
| Oct-02-12 | Attorney Services (Service Costs) | 364.00 |
| Oct-05-12 | Conference Call | 19.80 |
| | Filing Fee | 46.00 |
| Oct-08-12 | Certified copies of Order Appointing Receiver for SEC v Angelo Alleca | 37.00 |
| | Federal Express | 15.45 |
| | Filing Fee (AAA Arbitration) | 2,500.00 |
| Oct-09-12 | Subpoena Service | 111.00 |
| Oct-15-12 | Federal Express | 11.28 |
| | Federal Express | 11.28 |

|  |  |  |
|---|---|---|
|  | Federal Express | 15.73 |
|  | Postage Expense | 27.55 |
|  | Postage Expense | 1.55 |
|  | Pacer Research | 29.50 |
| Oct-16-12 | Courier | 124.88 |
| Oct-23-12 | Domain Purchase and Website Builder | 129.36 |
| Oct-26-12 | Subpoena Service | 75.00 |
| Oct-29-12 | Federal Express | 15.70 |
|  | Federal Express | 14.91 |
| Oct-30-12 | Subpoena Service | 35.00 |
|  | Subpoena Service | 195.10 |
| Oct-31-12 | Facsimile Expense | 20.00 |
|  | Postage Expense | 4.90 |
|  | Westlaw Legal Research | 487.87 |
|  | Westlaw Legal Research /Leavell | 39.45 |
|  | Westlaw Legal Research /Hong | 163.96 |
|  | Westlaw Legal Research /Lysaght | 51.20 |
|  | Westlaw Legal Research /Shipper | 122.20 |
|  | Westlaw Legal Research /Toll | 105.98 |
|  | Copy Charges @ $0.10 per page | 54.40 |
| Nov-01-12 | Federal Express | 26.35 |
|  | Federal Express | 14.91 |
| Nov-02-12 | Federal Express | 17.63 |
|  | Federal Express | 14.91 |
| Nov-05-12 | Courier Service | 87.71 |
| Nov-07-12 | Statement copies | 93.00 |
| Nov-08-12 | Subpoena Service Fee | 65.00 |
| Nov-09-12 | Federal Express | 9.91 |
| Nov-26-12 | Subpoena Service | 65.00 |
|  | Photocopy Expense | 59.25 |
| Nov-27-12 | Federal Express | 76.99 |
|  | Photocopy Expense | 57.13 |
| Nov-30-12 | Subpoenaed Documents – copying charges | 154.05 |
|  | Facsimile Expense | 0.50 |
|  | Postage Expense | 1.82 |
|  | Copy Charges @ $0.10 per page | 7.00 |

| Date | Description | Amount | |
|---|---|---|---|
| Dec-07-12 | Final payment for tax software | 114.32 | |
| Dec-12-12 | Federal Express | 14.98 | |
| Dec-21-12 | Federal Express | 14.98 | |
| Dec-31-12 | Facsimile Expense | 1.25 | |
| | Postage Expense | 8.50 | |
| | Westlaw Legal Research | 562.20 | |
| | Copy Charges @ $0.10 per page | 9.20 | |
| | **Total** | | $8,911.74 |
| | **Total Expenses** | | $8,911.74 |
| | Adjust to allowable copy charges for color copies | | -2.80 |
| | **Total Balance Due** | | **$8,908.94** |

## EXPENSES BY CATEGORY:

| Category | Amount |
|---|---|
| Filing Fees | 3,834.00 |
| Legal Research | 1,939.26 |
| Subpoena Service | 1,064.15 |
| Postage | 315.82 |
| Federal Express | 275.01 |
| Facsimile Expense @ $.25 per page for 1,079 pgs | 269.75 |
| Telephone Charges | 19.80 |
| Outside Photocopy Services | 246.38 |
| Internal B&W Copies @ $.10 per page for 4,543 pgs | 454.30 |
| Internal Color Copies @ $.15 per page for 28 pgs | 4.20 |
| Courier | 212.59 |
| Website | 129.36 |
| Witness Fee and Mileage | 30.00 |
| Tax Software Subscription | 114.32 |
| **Total** | **8,908.94** |