**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

SECURITIES AND EXCHANGE
COMMISSION,

                     Plaintiffs,

vs.

ANGELO A. ALLECA, et al,

                  Defendants.

CIVIL ACTION FILE

NO.1:12-CV-3261-WSD

## JUDGMENT

      This action having come before the court, Honorable William S. Duffey, Jr. ,
United States District Judge, for consideration of  Receiver Robert D. Terry's Motion for
Compensation and the motion  having been granted, it is

      **Ordered and adjudged** that the Receiver is entitled to compensation totaling $199,924.50.
In addition, the Receiver is entitled to reimbursement totaling $8,908.94 for expenses.
Dated at Atlanta, Georgia this 20th day of November, 2013.

                             JAMES N. HATTEN
                             CLERK OF COURT

                      By:  s/ Ashley Coleman _____
                          Deputy Clerk

Prepared and entered
in the Clerk's Office
   November 20, 2013
James N. Hatten
Clerk of Court

By: s/ Ashley Coleman _____
      Deputy Clerk