IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ANGELO A. ALLECA, SUMMIT WEALTH MANAGEMENT, INC., SUMMIT INVESTMENT FUND, LP, ASSET CLASS DIVERSIFICATION FUND, LP, and PRIVATE CREDIT OPPORTUNITIES FUND, LLC<br><br>Defendants. | Civil Action No.<br>1:12-CV-3261-ELR |

## ORDER GRANTING
## RECEIVER'S SECOND INTERIM APPLICATION
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

This case is before the Court for consideration of Receiver's Second Interim Application for Compensation and Reimbursement of Expenses. [Doc. 155]. The Securities and Exchange Commission has been notified of the Application and has no objection.

After review of the Application, and noting no objections have been filed, the Court finds the requested compensation of $337,926.50 for 1,795.9 hours of work is reasonable. The Court also finds that the Receiver's request for reimbursement for expenses totaling $6,648.33 is reasonable.

Accordingly, the Court **GRANTS** Receiver Robert D. Terry's "Second Interim Application for Compensation and Reimbursement of Expenses." [Doc. 155]. The Receiver is entitled to compensation from the receivership estate totaling $337,926.50. In addition, the Receiver is entitled to reimbursement totaling $6,648.33 for expenses.

**SO ORDERED** this 14th day of January, 2019.

Eleanor L. Ross
United States District Judge
Northern District of Georgia