# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | )<br>)<br>)<br>)  Civ. Action File No<br>)  1:12-CV-3261-ELR |
| Plaintiff, | ) |
| v. | )<br>) |
| **ANGELO A. ALLECA**, **et al.**, | )<br>) |
| Defendants. | )<br>) |

## JOINT PROPOSED SCHEDULE OF ARGUMENT FOR JANUARY 28, 2021 HEARING

Receiver Robert D. Terry and Intervenor Carrie Mistina hereby submit their joint proposed schedule for oral arguments and testimony to be heard on January 28, 2021, at 9:30 a.m. in this matter:

**Receiver Robert D. Terry:**

1. Oral Argument:        20 minutes

2. Witnesses

    Robert Terry        45 minutes

    Carrie Mistina      45 minutes

1

**Intervenor Carrie Mistina**:

1. Oral Argument: 20 minutes

2. Witnesses

    Robert Terry        45 minutes

    Carrie Mistina      45 minutes

    Angelo Alleca     45 minutes

Receiver Robert D. Terry requests that he be allowed to reserve a portion of his allotted time for rebuttal.

The parties request a telephonic status conference with the Court to discuss the optimal use of the parties' and Court's time and resources in resolving this matter. There are ongoing disputes regarding discovery served by Intervenor Mistina and other issues that the Parties believe may have an impact on the current briefing and hearing schedule. The parties also request clarification as to whether any hearing(s) will be held in-person or remotely.

The undersigned counsel certifies that this document has been prepared using Times New Roman 14-pt font in accordance with Local Rule 5.1.

Respectfully submitted this 28TH day of December, 2020.

BY:  /s/ Trey Mayfield
        Earl "Trey" Mayfield (*admitted pro hac vice*)

The Lewis Firm PLLC
c/o Juris Day, PLLC
10521 Judicial Dr., #200
Fairfax, VA 22030
Tel: (703) 268-5600
Fax: (703) 268-5602
tmayfield@lewis-firm.com

/s/ Stacey A. Carroll
Stacey A. Carroll
Georgia Bar No. 112730
4200 Northside Pkwy, NW
Bldg. 1, Suite 300
Atlanta, GA 30327
Main: 470.203.8050
Direct: 770.714.8023
Fax: 404.481.2074
stacey@carroll-firm.com

*Attorneys for Intervenor Carrie Mistina*

BY: /s/ Pratt Davis
Pratt H. Davis
Georgia Bar No. 212335
Parker MacIntyre
2987 Clairmont Road
Suite 200
Atlanta, GA 30329

*Attorneys for Receiver Robert D. Terry*

## Certificate of Service

I hereby certified that I electronically filed the above document on December 28, 2020 with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

/s/ Pratt Davis
Pratt H. Davis
Georgia Bar No. 212335